

ORIGINAL

FILED

07/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0499

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0499

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

SCOTT STEVEN FJELSTED,

    Defendant and Appellant.

**FILED**

JUL 0 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 5, 2020, within which to prepare, serve, and file the State's response.

DATED this 2nd day of July, 2020.

_____
Chief Justice

MP